Fill in this information to identify the case:

United States Bankruptcy Court for the:
__Southern__ District of __FL__
(State)
Case number (If known): _____ Chapter __11__

FLF161219AM11490GBCSDF-11 

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Citi Cars, Inc       BT

2. **All other names debtor used in the last 8 years**  Same as above

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  22-3921964

4. **Debtor's address**

   Principal place of business

   __2523__ __N.W. 36th St__ BT
   Number   Street

   __Miami__  __Fl__  __33142__
   City       State   ZIP Code

   __Miami-Dade__
   County

   Mailing address, if different from principal place of business

   Number   Street

   P.O. Box

   City       State   ZIP Code

   Location of principal assets, if different from principal place of business

   Number   Street

   City       State   ZIP Code

5. **Debtor's website (URL)**  Citicarsinc.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor _____ Case number (if known) _____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    A plan is being filed with this petition. ☒

    Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). ☒

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When __/__/____ Case number _____
       District _____ When __/__/____ Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When __/__/____
       Case number, if known _____

Debtor _____ Case number (if known)_____
         Name

11. **Why is the case filed in** *this* **district?**

   Check all that apply:

   ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☑ No
   ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (Check all that apply.)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
   Number    Street

   _____
   City                                                State    ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes. Insurance agency _____
              Contact name   _____
              Phone          _____

**Statistical and administrative Information**

13. **Debtor's estimation of available funds**

   Check one:
   ☐ Funds will be available for distribution to unsecured creditors.
   ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

   ☑ 1-49
   ☐ 50-99
   ☐ 100-199
   ☐ 200-999
   ☐ 1,000-5,000
   ☐ 5,001-10,000
   ☐ 10,001-25,000
   ☐ 25,001-50,000
   ☐ 50,001-100,000
   ☐ More than 100,000

15. **Estimated assets**

   ☐ $0-$50,000
   ☐ $50,001-$100,000
   ☑ $100,001-$500,000
   ☐ $500,001-$1 million
   ☐ $1,000,001-$10 million
   ☐ $10,000,001-$50 million
   ☐ $50,000,001-$100 million
   ☐ $100,000,001-$500 million
   ☐ $500,000,001-$1 billion
   ☐ $1,000,000,001-$10 billion
   ☐ $10,000,000,001-$50 billion
   ☐ More than $50 billion

| Debtor | | Case number (if known) | |
|---|---|---|---|
| Name | | | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 /19 /16   BA
             MM / DD / YYYY

✗ _Bahram Armak_                          _Bahram Armakan_
Signature of authorized representative of debtor     Printed name

Title _President_

**18. Signature of attorney**

✗ _____                 Date _____
Signature of attorney for debtor                MM / DD / YYYY

Printed name

Firm name

Number    Street

City                                      State    ZIP Code

Contact phone                             Email address

Bar number                                State

BT

Bill Ussery Motors Body Shop
/Complete Payment Recovery Services, Inc.
11601 Roosevelt Boulevard
St Petersburg Fl 33716

SHELL
Processing Center
Po BOX 183019
Columbus OH 43218-3019

Comcast
PO BOX 530098
Atlanta GA30353

National Sunshine Auto Parts
3051 NW 27th Avenue
Miami FL 33142

CARFAX, Inc.
16630 Collection Center Drive
Chicago IL 60693

Auto Trader.com, LLC.
PO BOX 932207
Atlanta GA 31193-2207

Lazarus Publishing, LLC
PO BOX 16775
Clearwater, FL 33766

Ultimate Business Services
1071 SW 30th Avenue Deerfield Beach Fl 33442

Colbert, Boue, & associates, LLP
999 Ponce Deleon Blvd Suite 830
Coral Gables Fl 33134

Florida Department of Revenue
Miami Service Center
8175 NW 12th Street, Suite 418
Doral FL  33126

NextGear Capital
11799 North College Avenue
Carmel IN 46032

Automotive Finance Corporation
4350 Oakes Road, Suite 522
Davie FL 33314

Car Financial Services
3785 Hollywood Blvd
Hollywood FL 33021

Westlake Financial Services
4751 Wilshire Blvd Suite #100
Los Angeles CA 90010

Everest Business Funding
2001 NW 107 Avenue
Miami FL 33172

VitalCap Fund Emerald Group Holding, LLC.
68 Jay Street
Brooklyn New York 11201

Jallal and Malihe Shahbazian / The Burton Firm
2999 NE 191 Street, Suite 805
Miami FL 33180

Akbar Sharifi
950 Viera Avenue
Coral Gables FL 33146

Behroz Berahman
14460 SW 96 Avenue
Miami FL 33176

Joe Chan
12000 SW 92nd Street
Miami FL 33186